
FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN 19 P 2: 45

CLERK
S.    OF GA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILLIE CARL MILTON,

    Petitioner,

vs.                       CIVIL ACTION NO.: CV205-140

UNITED STATES OF AMERICA, INC.,
EXECUTIVE DEPARTMENT OF
JUSTICE, et al., JOSE VAZQUEZ,
Warden, FCI, Jesup,

    Respondents.

## ORDER

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which Petitioner Willie Carl Milton ("Milton") filed Objections. In his Objections, Milton states that he denied his consent to allow a Magistrate Judge hear his case. Milton avers that neither the Respondent, nor the Magistrate Judge, addressed the jurisdictional issues involving the commission of crimes in Jacksonville, Florida, and the application of Article One of the United States Constitution.

Milton's consent is not required for the Magistrate Judge to address "applications for post[-]trial relief made by individuals convicted of criminal offenses" in order to issue a Report and Recommendation to a District Court Judge for ruling. See 28 U.S.C. § 636(b)(1)(B) (2005). In the instant case, the Magistrate Judge appropriately addressed the

issues before the Court. Milton failed to comply with the procedural requirements for filing a successive motion pursuant to 28 U.S.C. §2255. As a result, it was unnecessary for the Magistrate Judge to address Milton's jurisdictional contentions.

Milton's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Milton's petition for writ of habeas corpus, filed pursuant to 28 U.S.C.A. § 2241, is **DISMISSED**. The Clerk is hereby authorized and directed to enter the appropriate Judgment.

**SO ORDERED**, this 19th day of January, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)